**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Loandepot.com, LLC
                            Plaintiff,

v.                                                  Case No.: 1:22−cv−01874
                                                     Honorable Edmond E. Chang

Steve Schneider, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 3, 2022:

      MINUTE entry before the Honorable Sheila M. Finnegan: In person status and motion hearing held on 8/3/2022 as to Defendant Crosscountry Mortgage, LLC's motion to compel responses to discovery requests [63]. For the reasons stated on the record, Defendant's motion is granted in part and denied in part. Specifically, the motion is granted as to Interrogatory 10(a); granted in part as to Interrogatory 3 in that the onboarding process must be described but not as to any specific person and only for the period since 4/1/2021 as it relates to whether new hires from other mortgage companies are asked or permitted to transfer customer information from the former employer, and any instructions provided to these candidates to protect the former employer's confidential information; and granted in part as to RFP 4 in that Plaintiff must examine all emails with attachments sent to mretail_marketing@loandepot.com during the month of November 2021 to identify those containing any customer information transmitted by new hires. By 8/18/2022, Plaintiff is to file a status report with information regarding the volume of such emails, the time expended to review them, and what type of customer information was transmitted (if any). At the next status hearing, the Court will discuss next steps with the parties. In all other respects, the motion to compel is denied. Regarding other discovery issues, the Court extends the deadline for completion of the forensic protocol to 9/16/2022 given the volume of material that is under review. Telephone status hearing is set for 8/23/2022 at 10:30 a.m. The toll−free number for the next hearing is 877−336−1831, access code 5995354. Persons granted remote access to proceedings are reminded of the prohibition against recording and rebroadcasting of court proceedings. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.