# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Loandepot.com, LLC

                               Plaintiff,

v.                                                    Case No.: 1:22−cv−01874

                                                           Honorable Edmond E. Chang

Steve Schneider, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 9, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: CrossCountry's motion [219] to use extra pages for its response to loanDepot's motion to dismiss the counterclaims is granted. The response brief may use 25 pages total. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.