# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| loanDepot.com, LLC, | |
| Plaintiff, | |
| v. | Case No. 22-cv-1874 |
| STEVE SCHNEIDER, CINDY SMOLIN, SAMANTHA SIEGEL, FERNANDA BASKE, BOB BOWMAN, and CROSSCOUNTRY MORTGAGE, LLC, | Judge Lindsay C. Jenkins<br>Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

## MOTION TO WITHDRAW APPEARANCE OF GABRIELLE E. WINSLOW

Gabrielle E. Winslow respectfully moves for leave to withdraw her appearance as an attorney of record for Defendants Steve Schneider, Cindy Smolin, Samantha Siegel, Fernanda Baske, and Bob Bowman (the "Individual Defendants") in this matter:

1. I am currently listed as an attorney of record for the Individual Defendants in this matter.

2. Attorney Jeffrey Widman, from Fox Rothschild LLP, will continue to represent the Individual Defendants as lead counsel after my withdrawal.

3. The parties will suffer no prejudice from the relief requested.

WHEREFORE, Gabrielle E. Winslow respectfully requests that this Court grant her leave to withdraw as counsel of record for the Individual Defendants in this matter *instanter*.

Dated: April 29, 2024

Respectfully submitted,

By: */s/ Gabrielle E. Winslow*
Gabrielle Winslow (#6330644)
FOX ROTHSCHILD LLP

157785487.1

321 North Clark Street, Suite 1600
Chicago, Illinois 60654
(312) 517-9200
gwinslow@foxrothschild.com

**CERTIFICATE OF SERVICE**

      I, Gabrielle E. Winslow, an attorney, hereby certify that on April 29, 2024, I caused a copy of the foregoing Motion to Withdraw to be served on all counsel of record via the Court's e-filing system.

      By: */s/ Gabrielle E. Winslow*

157785487.1