IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **loanDepot.com, LLC,** | |
| Plaintiff, | |
| v. | Case No. 22-cv-1874 |
| **STEVE SCHNEIDER, CINDY SMOLIN, SAMANTHA SIEGEL, FERNANDA BASKE, BOB BOWMAN, and CROSSCOUNTRY MORTGAGE, LLC,** | Judge Lindsay C. Jenkins<br>Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's October 1, 2024 Order (ECF No. 259), the parties submit this Joint Status Report.[1]

Plaintiff loanDepot and the Individual Defendants took part in arbitration proceedings before the Honorable Wayne Andersen at JAMS between September 9, 2024 and September 13, 2024.

The parties have not yet received Judge Andersen's written decision, and suggest that the Court set a status report date of January 6, 2025.

The parties thank the Court for its time and consideration and remain available should the Court have any questions or concerns.

---

[1] Defendants Bob Bowman, Cindy Smolin, Fernanda "Faye" Baske, Steve Schneider, Samantha Siegel, and John Noyes are collectively referred to as the "Individual Defendants."

Respectfully submitted,

Dated: December 16, 2024

| | |
|---|---|
| */s/ Jeffrey L. Widman* | */s/ Colton D. Long* |
| *One of Their Attorneys* | *One of Its Attorneys* |

Jeffrey L. Widman
(jwidman@foxrothschild.com)
Alexandria Rhoades
(arhoades@foxrothschild.com)
FOX ROTHSCHILD LLP
321 N. Clark St., Suite 1600
Chicago, IL 60654
312.980.3807

**Attorneys for INDIVIDUAL DEFENDANTS Bob Bowman, Samantha Siegel, Cindy Smolin, Faye Baske, and Steve Schneider**

*/s/ Brent D. Knight*
*One of Its Attorneys*

Brent D. Knight
bdknight@jonesday.com
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL 60601
312.269.4290

Michael A. Platt
maplatt@JonesDay.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
216.586.7221

**Attorneys for DEFENDANT CrossCountry Mortgage**

James M. Witz (jwitz@littler.com)
Colton D. Long (clong@littler.com)
LITTLER MENDELSON, P.C.
321 North Clark Street Suite 1100
Chicago, IL 60654
312.372.5520

Jessica F. Pizzutelli
(jpizzutelli@littler.com)
*admitted pro hac vice*
LITTLER MENDELSON, P.C.
375 Woodcliff Drive, Suite 2D
Fairport, New York 14450
585.203.3400

**Attorneys for PLAINTIFF loanDepot**

**CERTIFICATE OF SERVICE**

I certify that on December 16, 2024, a true and correct copy of the above **Joint Status Report** was filed via the Court's CM/ECF filing system, which served copies on counsel of record for all parties to this action.

                                            /s/ Colton D. Long
                                            Colton D. Long