# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **loanDepot.com, LLC,** | |
| Plaintiff, | |
| v. | Case No. 22-cv-1874 |
| **STEVE SCHNEIDER, CINDY SMOLIN, SAMANTHA SIEGEL, FERNANDA BASKE, BOB BOWMAN, JOHN NOYES, and CROSSCOUNTRY MORTGAGE, LLC,** | Judge Lindsay C. Jenkins<br>Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to the Court's December 17, 2024 Order (ECF No. 261), the Parties submit this Joint Status Report.[1] The Parties report that they have reached a confidential settlement in principle of the above-referenced case. The Parties are working on reducing their agreement in principle to a negotiated written long-form settlement agreement. The Parties suggest that the Court set another status report date of February 7, 2025 to report on their progress.

The Parties thank the Court for its time and consideration and remain available should the Court have any questions or concerns.

---

[1] Defendants Bob Bowman, Cindy Smolin, Fernanda "Faye" Baske, Steve Schneider, Samantha Siegel, and John Noyes are collectively referred to as the "Individual Defendants."

Respectfully submitted,

Dated: January 6, 2025

| | |
|---|---|
| /s/ Jeffrey L. Widman | /s/ Jessica F. Pizzutelli |
| *One of Their Attorneys* | *One of Its Attorneys* |

Jeffrey L. Widman
(jwidman@foxrothschild.com)
Alexandria Rhoades
(arhoades@foxrothschild.com)
FOX ROTHSCHILD LLP
321 N. Clark St., Suite 1600
Chicago, IL 60654
312.980.3807

**Attorney for INDIVIDUAL DEFENDANTS Bob Bowman, Samantha Siegel, Cindy Smolin, Faye Baske, John Noyes, and Steve Schneider**

James M. Witz (jwitz@littler.com)
Colton D. Long (clong@littler.com)
LITTLER MENDELSON, P.C.
321 North Clark Street Suite 1100
Chicago, IL 60654
312.372.5520

Jessica F. Pizzutelli
(jpizzutelli@littler.com)
*admitted pro hac vice*
LITTLER MENDELSON, P.C.
375 Woodcliff Drive, Suite 2D
Fairport, New York 14450
585.203.3400
**Attorneys for PLAINTIFF loanDepot**

/s/ Michael A. Platt
*One of Its Attorneys*

Brent D. Knight
bdknight@jonesday.com
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL 60601
312.269.4290

Michael A. Platt
maplatt@JonesDay.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
216.586.7221

**Attorneys for DEFENDANT CrossCountry Mortgage, LLC**

## **CERTIFICATE OF SERVICE**

I certify that on January 6, 2025, a true and correct copy of the above **Joint Status Report** was filed via the Court's CM/ECF filing system, which served copies on counsel of record for all parties to this action.

                                               */s/ Jessica F. Pizzutelli*
                                               Jessica F. Pizzutelli